IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| LORETTA ROBBINS | § | |
| v. | § | CIVIL ACTION NO. 9:07cv293 |
| ETECH, INC., ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed without prejudice for failure to prosecute. No written objections have been filed. Indeed, the Report and Recommendation was sent from the Court to Plaintiff via certified mail and was returned as "unclaimed." Two prior documents sent to Plaintiff in this case via certified mail were also returned as "unclaimed." The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **1** day of **July, 2008.**

_____
Ron Clark, United States District Judge